* * * * * UNITED STATES DISTRICT COURT * * * * *

__*NORTHERN*__   DISTRICT OF   __*NEW YORK*__

### JUDGMENT IN A CIVIL CASE

DOCKET NO.   6:08-cv-1021 LEK/DEP

**GRACE L. CORNELL**
     **Plaintiff,**

  v.

**MICHAEL ASTRUE,**
**COMMISSIONER OF SOCIAL SECURITY**

     **Defendant.**

_____   **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__XX__   **DECISION by COURT.** This action came to trial or hearing before the Court. The issues have been tried and a decision has been rendered.

  **IT IS ORDERED AND ADJUDGED** that the Report-Recommendation is APPROVED and ADOPTED in its ENTIRETY; ORDERED, that Plaintiff's Motion for Judgment on the Pleadings is GRANTED; ORDERED, that the Commissioner's determination of no disability is VACATED and the matter is REMANDED for further proceedings, all in accordance with the Decision and Order of the Honorable Lawrence E. Kahn, Senior U.S. District Judge, filed December 23, 2010.

DATE:  December 23, 2010

                 *[signature]*
                 Clerk of Court

                 S/Britney Norton
            By: _____
                 Deputy Clerk